# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2024

## NO. 03-22-00675-CV

**Augustine Nwoko and Patricia Nwoko, Appellants**

**v.**

**State Farm Lloyds, Appellee**

## APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, KELLY, AND JONES
## AFFIRMED -- OPINION BY JUSTICE JONES

This is an appeal from the judgment signed by the trial court on July 26, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.